## OHIO SUPREME COURT—Continued

# Weekly Report of
# NEW CASES DOCKETED

## INDEX OF CASES

American Guarn. Co. v. Cliff Wood & Sup. Co.... 19837
Aurand v. Toledo & O. Cent. Rd. Co.............. 19826
Gardner v. Kern ............................... 19834
Halliday v. Dempsey .......................... 19830
Kolliker v. Willard............................ 19838
Likens v. Indust. Com......................... 19831
Myers v. State ............................... 19832
Napoleon (Vil.) v. Schilperoot................... 19825
N. Y. Cent. Rd. Co. v. Irvine.................. 19833
Sohngen, Rec. v. Marshall et...................19835-36
State ex. Celina Mut. Cas. Co. v. Conn.......... 19829
State ex. Mercer Cas. Co. v. Conn............... 19827
State ex. National Mut. Ins. Co. v. Conn......... 19828

### MAY 19, 1926

19825—Village of Napoleon v. Anna Schilperoot. Motion for Henry Appeals to certify. C. Prentiss, Napoleon, for pltff; Geo. S. May, Napoleon and Winn & Geller, Defiance, for deft.

19826—Lucy B. Aurand v. Toledo & Ohio Cent. Rd. Co. Motion for Lucas Appeals to certify. Thatcher & Meek, Toledo, for pltff; Doyle & Lewis, Toledo, for deft.

19827—State of Ohio ex. rel. Mercer Casualty Co. v. Harry L. Conn, superintendent of Insurance. In Mandamus. Knepper & Wilcox, Columbus, Vorys, Sater, Seymour & Pease, Columbus,. and Loree & Kloeb, Celina, for pltff; Crabbe and C. S. Younger, Columbus, for deft.

19828—State of Ohio ex. rel. National Mutual Ins. Co. v. Harry L. Conn, superintendent of Insurance; in mandamus. Vorys, Sater, Seymour & Pease, Columbus, Knepper & Wilcox, Columbus, and Loree & Kloeb, Celina, for pltff; C. C. Crabbe and C. S. Younger, Columbus, for deft.

19829—State of Ohio ex. rel. Celina Mutual Cas. Co. v. Harry L. Conn as superintendent of Insurance; in mandamus. Vorys, Sater, Seymour & Pease, Columbus, Knepper & Wilcox, Columbus, and Loree & Kloeb, Celina, for pltff; C. C. Crabbe and C. S. Younger, Columbus, for deft.

19830—Mabel F. Halliday v. Mabel V. Dempsey; motion for Cuyahoga Appeals to certify. W. Halliday, Cleveland, for pltff; J. P. Thompson and J. M. Harris, Cleveland, for deft.

19831—Laura S. Likens v. Industrial Commission of Ohio; motion for Summit Appeals to certify. Musser, Kimber & Huffman, Akron, for pltff; C. C. Crabbe and R. R. Zurmehly, Columbus, and G. W. Booth and W. H. Slabaugh, Akron, for deft.

19832—Wm. F. Myers v. State of Ohio; motion for leave to file petition in error to Delaware Appeals. C. D. Saviers, Columbus, and B. Jones Delaware, for pltff; E. S. Owens and E. M. Wickham, Delaware, for deft.

### MAY 20, 1926

19833—New York Cent. Rd. Co. v. James Irvine; motion for Cuyahoga Appeals to certify. West, Lamb & Westenhaver, Cleveland, for pltff; Bernsteen & Bernsteen, Cleveland, for deft.

### MAY 21, 1926

19834—Harriet A. Gardner v. Lottie Kern; motion for Sandusky Appeals to certify. Miller, Brady, Yager & Leidy, Toledo, for pltff; Parkhurst & Vickery, Bellevue, for deft.

### MAY 24, 1926

19835-36—Geo. P. ,Sohngen, receiver of Cinc. & Day. Trac. Co. v. C. C. Marshrall, F. B. Mauller and G. T. Poor as Public Utilities Commission of Ohio; error to the Public Utilities Commission of Ohio. S. I. Lipp, Cincinnati, for pltff; C. C. Crabbe and J. W. Bricker, Columbus, for defts.

### MAY 25, 1926

19837—American Guaranty Co. v. Cliff Wood Coal & Supply Co; motion for Harding Appeals to certify. Williams, Sinks, Gearheart & Williams, Columbus; C. W. Faulkner, Kenton, for pltff; Stillings & Johnson, Kenton; D. R. Tripplehorn, Lima, for deft.

19838—Margaret Kolliker v. Hudson E. Willard; motion for Cuyahoga Appeals to certify. Leroy S. Mills, for pltff; R. G. Curren, for deft, all of Cleveland.

# PROCEEDINGS OF
# SUPREME COURT

## INDEX OF CASES DECIDED
### TUESDAY, MAY 25, 1926
#### GENERAL DOCKET

Albert v. Gus Juengling & Sons Co.............. 19258
Brady et v. Stafford........................... 19268
Butcher's Work Un. v. Gus Juengling & Sons Co.. 19259
Cent. Nat. Bk. v. Dotson...................... 19491
Hirsch v. Conn .............................. 19759
Lake Shore Elect. Ry. Co. et v. Pub. Util Com..... 19509
Logan Gas Co. v. Pub Util. Com................ 19670
Mellon v. Weber ............................. 19442
No. East. Oil & Gas Co. v. Hellenic Pet. Gas Co... 19477
Ritzi v. Youngstown Ice Co..................... 19606
Romberger v. Curl et .:....................... 19608
State v. Joseph................................ 19563
Youngstown Municip. Ry. Co. v. Pub. Util. Com..19599

#### MOTION DOCKET

Atkins v. State................................ 19679
Burton Coal Co. v. J. P. Gorman Coal Co......... 19705
Conkle v. Bellevue (City)...................... 19725
Daiker v. Morris.............................. 19721
Giddings v. Shaker Hts. (Vil.).................. 19710
Hartzler v. Logan Co. et. (Joint Bd.)............ 19716
Halliday v. Clancey...........................19728-29
Jackson v. Miller et..........................19719
Jacobs v. Ferris ............................. 19779
N. Y. Cent. Rd. Co. v. Mrkela.................. 19767
Palmer Blair Co. v. Toledo Mant. & Tile Co...... 19778
Reeb, In re Assignment of...................... 19714
Reeves Mfg. Co. v. Nichols.................... 19722
State ex. Pub. U. C. v. N. Y. Cent. Rd.......... 19692
Thurman et. v. Harman et..................... 19735
Wals v. Strosnider............................ 19739

### GENERAL DOCKET

19258—Edward Albert v. Gus Juengling & Sons Co., Hamilton. Judgment reversed. Dock. 7-13-25; 3 Abs. 451.

19259—Butchers' Workmens' union, local No. 610 v. Gus Juengling & Sons Co., Hamilton. Judgment reversed. Dock. 7-13-25; 3 Abs. 451.

19268—B. F. Brady et v. H. I. N. Stafford, receiver,

Tuscarawas. Judgment affirmed. Judges all concur. Dock. 7-16-25 ; 3 Abs. 451 ; OS. Pend. 3 Abs. 547.

19442—Andrew W. Mellon, director general, v. Fred W. Weber, Mahoning. Judgment reversed. Judges all concur. Dock. 11-25-25 ; 3 Abs. 754 ; OA. 3 Abs. 155.

19491—Central Nat. Bank of Mahonig v. Commodore Doston, Washington. Judgment affirmed. Dock. 12-16-25 ; 4 Abs. 10.

19477—North Eastern Oil & Gas Co. v. Hellenic Petroleum & Gas Co., Ashtabula. Settled and dismissed at costs of plaintiff in error. Dock. 12-11-25 ; 3 Abs. 762.

19509—Lake Shore Elec. Railway Co. v. Public Utilities Commission. Order reversed. Sixteen similar cases were affected by this ruling. Judges all concur. Dock. 12-23 25 ; 4 Abs. 24.

19599—Youngstown Municipal Ry. Co. v. Public Utilities Commission. Order affirmed. Dock. 1-26-26 ; 4 Abs. 88.

19606—Alice E. Ritzi, et al, v. Youngstown Ice Co., Mahoning. Case settled and dismissed at the cost of plaintiff in error. Dock. 1-27-26 ; 4 Abs. 88.

19608—Leland Romberger v. Ray Curl et al, Morrow. Judgment reversed. Mattias, Day, Allen and Kinkade, JJ. concur. Dock. 1-28-26 ; 4 Abs. 88.

19670—Logan Gas Co. v. Pub. Util. Com. Public Utilities Commission. Order affirmed. Judges concur. Dock. 3-9-26 ; 4 Abs. 176.

19759—Nathan C. Hirsch v. Harry L. Conn as superintendent, Franklin. Judgment affirmed. Day, Allen and Kinkade, JJ. concur. Dock. 4-9-26 ; 4 Abs. 225.

19563—State of Ohio v. Henry V. Joseph. Error to Hamilton Appeals. Judgment affirmed. Jones, Mattias, Day, Allen and Kinkade, JJ. concur. Dock. 1-12 26 ; 4 Abs. 56 ; OS. Pend. 4 Abs. 262.

## MOTION DOCKET

19679—David Atkins v. State of Ohio. Motion by defendant to strike petition in error as of right from files. Sustained. Dock. 3-10-26 ; 4 Abs. 192.

19679—David Atkins v. State of Ohio. Motion for leave to file petition in error to Court of Appeals of Stark county. On reconsideration. Allowed. Dock. 3-10-26 ; 4 Abs. 192.

19692—State ex. rel. P. U. C. v. New York Central Rd. Co. Motion by defendant for leave to amend its second defense. Allowed. Dock. 3-17-26 ; 4 Abs. 208.

19705—J. P. Burton Coal Co. v. John P. Gorman Coal Co. Motion for Cuyahoga Appeals to certify. Overruled. Dock 3-22-26 ; 4 Abs. 208.

19710—Helen M. Giddings v. Village of Shaker Heights. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 3-24-26 ; 4 Abs. 223.

19716—David K. Hartzler v. Joint Board of County Com. of Logan and Champaign counties et al. Motion for Logan Appeals to certify. Overruled. Dock. 3-25-26 ; 4 Abs. 223.

19725—Harley Conkle v. City of Bellevue, O. Motion for Sandusky Appeals to certify. Allowed. Dock. 3-29-26 ; 4 Abs. 223 ; OA. 4 Abs. 299.

19728—Janet M. Halliday v. John J. Clancy, administrator. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 3-30-26 ; 4 Abs. 223.

19714—In the matter of the assignment of Frank Reeb. Motion for Franklin Appeals to certify. Overruled. Dock. 3-25-26 ; 4 Abs. 223.

19719—Ira Jackson, executor, v. Henry C. Miller et al. Motion for Miami Appeals to certify. Overruled. Dock. 3-26-26 ; 4 Abs. 223.

19721—Albert Daiker, administrator, v. Kate Morris. Motion for Hamilton Appeals to certify. Overruled. Dock. 3-26-26 ; 4 Abs. 223.

19722—Reeves Mfg. Co. v. Minnie Nichols. Motion for Tuscarawas Appeals to certify. Overruled. Dock. 3-27-26 ; 4 Abs. 223.

19739—James L. Walls v. Myra B. Strosnider. Motion for Hamilton Appeals to certify. Overruled. Dock. 4 2-26 ; 4 Abs. 238.

19767—New York Cent. Rd. Co. v. Joe Mrkela. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 4-13-26 ; 4 Abs. 274.

19729—Janet M. Halliday v. John L. Clancy et al. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 3-30-26 ; 4 Abs. 223.

19735—Allen Thurman et v. Eugene Harmon et. Motion for Marion Appeals to certify. Overruled. Dock. 3-31-26 ; 4 Abs. 238.

19778—Palmer Blair Co. v. Toledo Mantel & Tile Co. Motion for Lucas Appeals to certify. Overruled. Dock. 4-16-26 ; 4 Abs. 274 ; OA. 4 Abs. 326.

19779—Adeline Jacobs v. C. V. Ferris. Motion for Summit Appeals to certify. Case settled. Costs paid. No record. Dock. 4-18-26 ; 4 Abs. 274.

---

## Abstracts of This Week's
# SUPREME COURT OPINIONS

### SYLLABI
### No. 438

No. 19268—B. F. Brady et v. H. I. N. Stafford, receiver. Error to the Tuscarawas Appeals.

765. MINES AND MINING—Verbal representations of grantor to grantee regarding quantity of coal in land cannot bind third party not present when representations were made.

355. DAMAGES—1. Where coal is taken from under land of another wilfully, wrongfully and intentionally, and without right measure of damages is value at mouth of mine, no deduction being allowed for mining same.

2. Where coal is taken without right, but innocently or by mistake measure of damages is value of coal in place.

480. EVIDENCE—Where objection is made to admission of certain testimony and objection overruled, no further objection necessary when same class of testimony is again presented.

DAY, J.

1. Verbal representations made by a grantor to a grantee at the time of the making and executing of a deed, concerning the amount of coal underlying the real estate so conveyed, cannot bind a third party not present at the time such representations are made, where such third party is sued for damages for the wrongful taking of such coal.

2. Where there has been a sufficient and specific objection to the admission of testimony concerning a conversation, which is overruled and exception noted, it is not necessary to repeat the objection whenever testimony of the same class is offered as the admission of such